| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Siamak Loghmani** | Social Security number or ITIN   **xxx–xx–2986** |
|  | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
|  |  | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter  **11   10/30/18** |
| Case number: | **18–13672–BFK** |  |

## Official Form 309E (For Individuals or Joint Debtors)
### Notice of Chapter 11 Bankruptcy Case                                                                                12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   |   | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Siamak Loghmani |   |
| 2. | **All other names used in the last 8 years** |   |   |
| 3. | **Address** | 4801 Christie Jane Lane<br>Fairfax, VA 22030 |   |
| 4. | **Debtor's attorney**<br>Name and address | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101 | Contact phone (703) 734–3800<br><br>Email: dpress@chung–press.com |

**For more information, see page 2 >**

Official Form 309E (For Individuals or Joint Debtors) **Notice of Chapter 11 Bankruptcy Case**                          page 1

| 5. **Bankruptcy clerk's office** | 200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:** |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: November 1, 2018 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 703–258–1200 | |

| 6. **Meeting of creditors** | **December 6, 2018 at 10:00 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **1725 Duke Street, Suite 650, Alexandria, VA 22314** |

| 7. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **Filing deadline for dischargeability complaints: February 4, 2019** |
| | **Deadline for filing proof of claim:** | **March 6, 2019**<br>For a governmental unit:  **April 28, 2019** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** | **Filing Deadline:** |
| | The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | 30 days after the *conclusion* of the meeting of creditors |

| 8. **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 9. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
|---|---|

**For more information, see page 3 >**

| | | |
|---|---|---|
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **12.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **13.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309E (For Individuals or Joint Debtors) **Notice of Chapter 11 Bankruptcy Case**      page **3**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:                                                 Case Number: 18−13672−BFK
Chapter 11

Siamak Loghmani

Social Security/Taxpayer ID Nos.:
xxx−xx−2986

         Debtor(s)

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM
## AND PROOFS OF INTEREST

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is March 6, 2019 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until April 28, 2019, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated: November 1, 2018                          **FOR THE COURT:**

Proof of Claim page for Chapter 11               William C. Redden
                                                                    Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Siamak Loghmani  
    Debtor

Case No. 18-13672-BFK  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: huntingto | Page 1 of 1 | Date Rcvd: Nov 01, 2018 |
|---|---|---|---|
| | Form ID: 309E | Total Noticed: 23 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.

```
db             +Siamak Loghmani,    4801 Christie Jane Lane,    Fairfax, VA 22030-8277
14588079        First Premier Bank,    Sioux Falls, SD 57117-5147
14588081       +Heatherbrook Homeowners Associ,    Segan Mason & Mason,    7010 Little River Tpk Ste 270,
                 Annandale, VA 22003-3249
14588084       +Lending Club Corp,    71 Stevenson Street, Suite 100,    San Francisco, CA 94105-2935
14588087       +MHC Receivables,    200 MEETING ST STE 206,    Charleston, SC 29401-3187
14588089       +Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
14588091       +Northwest FCU,    PO Box 466,    Herndon, VA 20172-0466
14588092       +Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14588093       +Shapiro & Brown,    10021 Balls Ford Rd Ste 200,    Manassas, VA 20109-2666
14588094       +Speciaized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highland Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: dpress@chung-press.com Nov 02 2018 03:53:02      Daniel M. Press,
                 Chung & Press, P.C.,    6718 Whittier Ave., Suite 200,    McLean, VA  22101
14588076       +EDI: CAPITALONE.COM Nov 02 2018 07:28:00      Capital One,    P.O. Box 85167,
                 Richmond, VA 23285-5167
14588077        EDI: CAPITALONE.COM Nov 02 2018 07:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
14588078       +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Nov 02 2018 03:53:27      CashNet USA,
                 175 West Jackson, Ste 1000,    Chicago, IL 60604-2863
14588080       +EDI: RMSC.COM Nov 02 2018 07:28:00      GE Money Bank,    Attn. Bankruptcy Department,
                 PO Box 103104,    Roswell, GA 30076-9104
14588082       +EDI: IRS.COM Nov 02 2018 07:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14588083        EDI: JEFFERSONCAP.COM Nov 02 2018 07:28:00      Jefferson Capital Systems,    PO Box 7999,
                 St Cloud, MN 56302-0000
14588085       +EDI: RESURGENT.COM Nov 02 2018 07:28:00      LVNV Funding,    PO Box 10587,
                 Greenville, SC 29603-0587
14588086       +EDI: MERRICKBANK.COM Nov 02 2018 07:28:00      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14588088       +EDI: MID8.COM Nov 02 2018 07:28:00      Midland Funding,    PO Box 2011,    Warren, MI 48090-2011
14588090        E-mail/PDF: lossmitigation@nwfcu.org Nov 02 2018 04:03:11      Northwest FCU,    PO Box 1229,
                 Herndon, VA 20172-1229
14589124        E-mail/Text: atlreorg@sec.gov Nov 02 2018 03:54:10      U.S. Securities and Exchange Commission,
                 Office of Reorganization,    950 East Paces Ferry Road, N.E.,    Suite 900,
                 Atlanta, GA  30326-1382
14588095       +E-mail/Text: bkr@taxva.com Nov 02 2018 03:55:02      Virginia Dept of Taxation,    PO Box 2156,
                 Richmond, VA 23218-2156
                                                                                              TOTAL: 13
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2018 at the address(es) listed below:

```
          Daniel M. Press   on behalf of Debtor Siamak  Loghmani dpress@chung-press.com, pressdm@gmail.com
          John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 2
```